SHENYEY, APPELLANT, *v*. GLASGOW ET AL.; STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Shenyey v. Glasgow*, 124 Ohio St.3d 237, 2010-Ohio-8.]

*Judgment of the court of appeals affirmed on the authority of State Farm Mut.
Auto. Ins. Co. v. Grace.*

(No. 2009-0921— Submitted December 2, 2009 — Decided January 12, 2010.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 91713,
2009-Ohio-1366.

_____

{¶ 1} The appeal as to appellant's Proposition of Law No. IV is
dismissed as having been improvidently accepted.

{¶ 2} The judgment of the court of appeals is affirmed as to appellant's
Proposition of Law Nos. I, II, and III on the authority of *State Farm Mut. Auto.
Ins. Co. v. Grace*, 123 Ohio St.3d 471, 2009-Ohio-5934, 918 N.E.2d 135.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR,
O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Peter F. Shenyey, pro se.

Gallagher, Gams, Pryor, Tallan & Littrell, L.L.P., and James R. Gallagher,
for appellee.

_____